983-15

# ELECTRONIC RECORD

| | | |
|---|---|---|
| COA # 02-13-00244-CR | OFFENSE: | 42.09 |
| STYLE: Michael Amos v. The State of Texas | COUNTY: | Tarrant |
| COA DISPOSITION: AFFIRM | TRIAL COURT: | Criminal District Court No. 4 |
| DATE: 07/02/2015    Publish: YES | TC CASE #: | 1322040R |

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Michael Amos v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___11/18/2015___

JUDGE: _____

CCA #: ___983-15___

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**